# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:94cr126-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ANDRE WILLIS. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Reduce Sentence, [Doc. 344, filed April 11, 2008], and the Government's Motion for an Extension of Time [Doc. 346, filed May 2, 2008].

The Government seeks an extension allowing it to file a response to the Defendant's Motion within seven days of the filing of the Supplement to the Presentence Report in this matter. The Court notes that the Government's motion for an extension of time does not appear to have been filed before the expiration of the time to respond. LCrR 47.1(E). Nonetheless, the Court will allow the Government's motion for an extension of time. The Supplement to the Presentence Report was filed on May 6, 2008. The Government's response will, therefore, be required to be filed on or before May 13, 2008.

**IT IS, THEREFORE, ORDERED** that the Government shall file its response to the Defendant's Motion on or before May 13, 2008.

Signed: May 6, 2008

Martin Reidinger
United States District Judge